# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN D. CLAIBORNE : | |
| : | |
| v. : | CIVIL ACTION NO. 19-3011 |
| : | |
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY, : | |
| ET AL. : | |

## ORDER

This 28th day of June, 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Compel (ECF 42) is **GRANTED in part** as follows:

- Defendant is ordered to produce factual accounts prepared by non-attorneys created during the internal investigation of Plaintiff's administrative complaint, if any such accounts exist, as outlined in the accompanying Memorandum.

- Defendant is ordered to produce records from internal complaints of racial discrimination filed by Mr. Gibson, if any exist. Defendant is not obligated to produce records from investigations started *after* the filing of administrative complaints.

- Defendant is ordered to produce records from internal complaints of racial discrimination, if any exist, filed by Mr. Tomlinson. Defendant is not obligated to produce records from investigations started *after* the filing of administrative complaints.

/s/ Gerald Austin McHugh
United States District Judge