# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN D. CLAIBORNE** : | | **CIVIL ACTION** |
| **Plaintiff,** : | | |
| : | | **No. 19-3011** |
| v. : | | |
| : | | |
| **SOUTHEASTERN PENNSYLVANIA** : | | |
| **TRANSPORTATION ATUHORITY, and** : | | |
| **TIMOTHY DORETY** : | | |
| : | | |
| **Defendants** : | | |

## ORDER

This 15th day of November, 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 47) is **GRANTED.** The Clerk of Court is requested to mark this case closed for statistical purposes.

 /s/ Gerald Austin McHugh
United States District Judge